IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD ISAACSON,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,

    Defendant.

No. C 11-01418 WHA

**ORDER DISMISSING CASE**

Plaintiff Isaacson was allowed extra time to serve the summons and complaint but did not do so. Nor did he respond to an order to show cause why this matter should not be dismissed for lack of prosecution. A case management conference was held today and plaintiff did not appear. Therefore, this case is **DISMISSED** for lack of prosecution.

**IT IS SO ORDERED.**

Dated: October 20, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE